STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOSEPH A. DI RIENZO, DEFENDANT-PETITIONER.

*Mr. Elliot M. Bross* and *Mr. Stephen Sinins* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the respondent.

May 28, 1968. Denied.

JOSEPH TETRO, PLAINTIFF - PETITIONER, v. BRITISH AMERICAN FACILITIES, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Robert C. Gruhin* for the petitioner.

*Messrs. Nochimson, Irwin & Larsen* and *Mr. William J. Lang* for the respondents.

May 28, 1968. Denied.